JOHN B. HOWELL, Appellant, *v.* ANNA H. MANWARING, as
Executrix, etc., et al., Respondents.

(Argued January 17, 1890; decided January 31, 1890.)

APPEAL from judgment of the General Term of the Supreme
Court in the fifth judicial department, entered upon an order
made October 22, 1886, which affirmed a judgment in favor
of defendants, entered upon a decision of the court on trial at
Special Term.

*Horace L. Bennett* for appellant.

*Wm. S. Oliver* and *J. B. Perkins* for respondents.

Agree to affirm; no opinion.
All concur, except BRADLEY and HAIGHT, JJ., not sitting.
Judgment affirmed.